STATE of Missouri, Respondent,

v.

Walt HOHNBAUM, Appellant.

No. WD 41557.

Missouri Court of Appeals, Western District.

July 18, 1989.

Thomas R. Bellman, Kansas City, for appellant.

Terri Spencer Rager White, Asst. Pros. Atty., Harrisonville, for respondent.

Before BERREY, P.J., and MANFORD and NUGENT, JJ.

ORDER

PER CURIAM:

Direct appeal from a conviction for violating § 304.010, RSMo 1986, by operating a motor vehicle more than the permissible speed limit.

Judgment affirmed. Rule 30.25(b).

Baltazara (Simpelo) LOTUACO, Appellant,

v.

Rustico V. SIMPELO, Respondent.

No. WD 41192.

Missouri Court of Appeals, Western District.

July 18, 1989.

Steven D. Wolcott, Gladstone, for appellant.

Michael E. Curley, Kansas City, for respondent.

Before SHANGLER, P.J., and LOWENSTEIN and ULRICH, JJ.

ORDER

PER CURIAM:

From an order modifying child support by the father for two college students in mother's custody, the mother appeals denial of further support on one child and the increased payments to the other child. Judgment affirmed. Rule 84.16(b).